# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:          (212) 465-1188
                         cklee@leelitigation.com

March 28, 2022

**Via ECF**
The Honorable James L. Cott, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1360
New York, NY 10007

   Re: *Mendoza Olmero v. Pio Pio NYC, Inc. et al*
     Case No. 22-cv-00098

Dear Judge Cott:

  We are counsel to Plaintiff in the above referenced matter. We write jointly with Defendants to request (i) a stay of all deadlines in the above referenced action pending parties' completion of a mediation, (ii) adjournment of the initial pretrial conference scheduled for April 14, 2022 and adjournment of the April 7, 2022 submission date for the joint letter and proposed Initial Case Management Plan, and (iii) a referral to the Southern District of New York the Mediation Program.

  After discussions, parties have agreed to engage in a mediation with a third-party mediator and believe that a mediator selected through the Southern District of New York the Mediation Program will help facilitate a resolution of this matter.

  To allow time for a mediator to be assigned through the Southern District of New York the Mediation Program, and to allow time for parties and the assigned mediator to select a mutually agreeable date, parties request that we submit a proposed status letter on or before April 22, 2022, updating the court on the parties proposed schedule for its mediation

  We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

Counsel are reminded that this type of request should be addressed to the undersigned. In any event, the initial pre-trial conference scheduled for April 14, 2022, is hereby adjourned sine die, and the associated deadlines are stayed. By separate order entered today, the parties are referred to mediation. By **April 22, 2022**, the parties shall file a joint status letter advising the Court of the schedule for mediation. The Clerk of Court is directed to terminate ECF No. 42. SO ORDERED.

*[signature]*

March 28, 2022