UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CIRO MENDOZA OLMERO, *on behalf of himself,*

           Plaintiff,

  v.

PIO PIO NYC, INC.,
PIO PIO NYC, INC. d/b/a PIO PIO,
SIPAN RESTAURANT OF NEW YORK, INC. d/b/a PIO PIO,
PIO PIO OCHO, INC. d/b/a PIO PIO,
PIO PIO 34, INC. d/b/a PIO PIO,
PIO PIO 85, INC. d/b/a PIO PIO,
PIO PIO EXPRESS, INC. d/b/a PIO PIO EXPRESS,
POLLOS A LA BRASA PIO, PIO, INC. d/b/a PIO PIO,
PIO-PIO RESTAURANT, INC. d/b/a PIO PIO,
EL PILLO INC. d/b/a AMARU, MOCHICA GROUP CORP.,
INES YALLICO and AUGUSTO YALLICO

           Defendants.

Case No.: 22-cv-00098-~~JFM~~ JMF

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants PIO PIO NYC, INC. d/b/a PIO PIO, SIPAN RESTAURANT OF NEW YORK, INC. d/b/a PIO PIO, PIO PIO OCHO, INC. d/b/a PIO PIO, PIO PIO 34, INC. d/b/a PIO PIO, PIO PIO 85, INC. d/b/a PIO PIO, PIO PIO EXPRESS, INC. d/b/a PIO PIO EXPRESS, POLLOS A LA BRASA PIO, PIO, INC. d/b/a PIO PIO, PIO-PIO RESTAURANT, INC. d/b/a PIO PIO, EL PILLO INC. d/b/a AMARU, MOCHICA GROUP CORP., INES YALLICO and AUGUSTO YALLICO (collectively, "Defendants") having offered to allow Plaintiff CIRO MENDOZA OLMERO ("Plaintiff") to take a judgment against them, in the sum of Seventy-Five Thousand Dollars and No Cents ($75,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated July 8, 2022 and filed as Exhibit A to Docket Number 51;

**WHEREAS**, on July 8, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 51);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff CIRO MENDOZA OLMERO, in the sum of Seventy-Five Thousand Dollars and No Cents ($75,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated July 8, 2022 and filed as Exhibit A to Docket Number 51.

**SO ORDERED:**

Dated: ____July 11____, 2022          _____
New York, New York                                  U.S.D.J.

The Clerk of Court is directed to close this case.  All conferences are cancelled.  All motions are moot.